IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW HANTZIS, #16438-112                                    PETITIONER

VERSUS                          CIVIL ACTION NO. 5:08cv341-DCB-MTP

BRUCE PEARSON                                                 RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause requesting habeas relief pursuant to 28 U.S.C. § 2241 and mandamus relief pursuant to 28 U.S.C. § 1361 are denied and the instant civil action be dismissed with prejudice.

This the ___20th___ day of January, 2009.


                          s/ David Bramlette
                          UNITED STATES DISTRICT JUDGE